AO91 (Rev. 8/01) Criminal Complaint

**U.S. MAGISTRATE COURT**
Southern District of Texas
FILED

MAR 12 2014

David J. Bradley, Clerk
Laredo Divison

# UNITED STATES DISTRICT COURT
## SOUTHERN DISTRICT OF TEXAS

| UNITED STATES OF AMERICA | CRIMINAL COMPLAINT |
|---|---|
| V. | |
| Eusevio MATEO-Luciano | Case Number: 5:14mj336-1 |

FPD
$75,000 C/S; Prelim Hrg at 10 a.m. on
MAR 26 2014

(Name and Address of Defendant)

I, the undersigned complainant state that the following is true and correct to the best of my knowledge and belief. On or about **March 09, 2014** in **Webb** County, in the **Southern** District of **Texas** **Eusevio MATEO-Luciano** defendant(s), A citizen of Mexico, who has previously been REMOVED or has departed the United States while an order of REMOVAL is outstanding was thereafter found in the United States near Laredo, Texas the said Defendant having not obtained the consent of the Attorney General of the United States (prior to March 1, 2003) or of the Secretary of the Department of Homeland Security (March 1, 2003 and thereafter- Title 6, United States Code, Sections 202 and 557) for the reapplication by the said Defendant for admission into the United States

in violation of Title(s) **8** United States Code, Section(s) **1326**

I further state that I am a(n) **Border Patrol Agent** and that this complaint is based on the following facts: Based on statements of the accused and records of the U.S. Department of Homeland Security.

Eusevio MATEO-Luciano was apprehended near Laredo, Texas. After a brief interview it was determined that, Eusevio MATEO-Luciano was an undocumented alien from Mexico and subsequently placed under arrest. Further investigation revealed that Eusevio MATEO-Luciano was previously REMOVED from the United States on February 20, 2014 at New Orleans, La. There is no record that Eusevio MATEO-Luciano has applied for or received permission from the Attorney General or the Secretary of Homeland Security to re-enter the United States after deportation.

Continued on the attached sheet and made a part of this complaint: ☐ Yes ☒ No

_____ /S/
Signature of Complainant

Zachary Hasheider
Printed Name of Complainant

Sworn to before me and signed in my presence,

March 12, 2014                                              at    Laredo, Texas
Date                                                                 City and State

J. Hacker                    , U.S. Magistrate Judge    _____
Name and Title of Judicial Officer                        Signature of Judicial Officer